Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

__Middle__ District of __FLORIDA__

__Ocala__ Division

Case No. __5:21-cv-407-RBD-PRL__
(to be filled in by the Clerk's Office)

__CHRISTOPHER L EDWARDS__
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

__NURSE BRION - well path LLC__
__well-path LLC__

__SGT. McCORMICK, OFC. GARCIA__
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

FILED 2021 AUG -9 PM 1:07 CLERK US DIST COURT MIDDLE DISTRICT OFFL OCALA, FLORIDA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: CHRISTOPHER LAMAR EDWARDS
All other names by which you have been known:
ID Number: 65511
Current Institution: LAKE COUNTY Detention CENTER
Address: 551 W. main ST
Tavares    FLA    32778
City        State   Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: SGT McCormick
Job or Title (if known): Detention Deputy
Shield Number:
Employer: LAKE COUNTY Sheriff OFFICE
Address: 551 W. main ST
TAVARES    FL    32778
City        State   Zip Code
[✓] Individual capacity  [✓] Official capacity

Defendant No. 2
Name: OFC. Garcia
Job or Title (if known): Detention Deputy
Shield Number:
Employer: LAKE COUNTY Sheriff OFFICE
Address: 551 W. main ST
TAVARES    FLA    32778
City        State   Zip Code
[✓] Individual capacity  [✓] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: SHERIFF PEYTON C. GRINNELL
Job or Title (if known): Sheriff of Lake County
Shield Number:
Employer: 360 W Ruby St, Lake County Sheriff Office
Address: Tavares, FL 32778

☐ Individual capacity   ☑ Official capacity

Defendant No. 4
Name: OFC. DRENNEN
Job or Title (if known): Detention Deputy
Shield Number:
Employer: Lake County Sheriff Office
Address: 360 W Ruby St, Tavares, FL 32778

☑ Individual capacity   ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

PREA Complaint § 115
Cruel and Unusual Punishment; Excessive Force

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. SGT MCCORMICK Act under the Color of the Florida State law as a Detention Deputy. OFC. Obrcib act under the color of Florida state law as a Detention Deputy. Sheriff Peyton C. Grinnell act under the Color of Florida State Law as Sheriff in and for Lake County.

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☐ Other *(explain)*

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.



B.  If the events giving rise to your claim arose in an institution, describe where and when they arose. IN C2 PREB of Lake County Detention Center. On July 15, 2021 @ appox 3:00 pm.

C. What date and approximate time did the events giving rise to your claim(s) occur?

July 15, 2021    3:00 pm.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I WAS SEXUALLY BATTERED BY 2 Detention OFC'S/SGT McCormick and OFC. GARCIA - Corporal Gainey/SGT O'CONNAR/OFC. BRENNEN OFC. Tallarico. NURSE BRIAN FOR Well-Path LLC SEEN EVERYthing -

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. NERVE DAMAGE, Bruised legs, Swollen arms, sprained ankle, mental anguish, Broken Tooth, chest pains, head-aches, Nightmares of the sexual acts against me, FEAR OF DEATH, suicidal attempt to hang oneself, Embarrassment, Genital Swelling, Skin Abrasions, threat of harm after Incident, Intimidation everyday.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

SEXUAL BATTERY $350,000 I Need AN Injunction BATTERY $600,000 placed against all Defendants Punitive $50,000 before they kill me. I Need Sexual abuse Counseling $200,000 Hospital Bills $100,000, MENTAL HEALTH Counseling $50,000 Please have me SENT TO A DIFFERENT COUNTY (Sumter County) until Court

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   LAKE COUNTY DETENTION CENTER

2. What did you claim in your grievance?

   MENTAL ANGUISH, FEAR, REPORT INCIDENT. SEXUAL ABUSE, PREA COMPLAINT §115 FLORIDA STATUE

3. What was the result, if any?

   NONETHING, They Threaten to HURT me if I KEEP PRESSING THE ISSUE.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   NONE, CAUSE they keep threating me with INJURY EVERYDAY!

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. EVERYONE HERE IS against me I think They Are planning To Kill me!

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☑ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit
      Plaintiff(s) _____
      Defendant(s) _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*
      _____

   3. Docket or index number
      _____

   4. Name of Judge assigned to your case
      _____

   5. Approximate date of filing lawsuit
      _____

   6. Is the case still pending?
      ☐ Yes
      ☐ No
      If no, give the approximate date of disposition. _____

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
      _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes
☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?
   ☐ Yes
   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/4/2021

Signature of Plaintiff: Christopher L. Edwards
Printed Name of Plaintiff: Christopher Lamar Edwards
Prison Identification #: 65511
Prison Address: Taivares, FL 32778

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
Telephone Number: _____
E-mail Address: _____

(D.) I was also tased several times while I was being pinned down by every named officer without resisting on my part. I had hand cuffs and leg irons on the entire time

---

SGT.
OFC. Mcormick Groped my Buttocks several Times x 4

---

OFC. Garcia Groped my Genitals several Times x 3

---

Corp. Gainey Failed to Intervene in this Abuse against me.

---

SGT O'Connor failed to Intervene in this Abuse against me.

---

OFC. Drennen Tased me while I was not resisting and fully subdued.

Attachment (1) of (D.)

DEFENDANTS

- NURSE BRIAN Employed By Well-Path LLC, Employed by Lake County Sheriff Office as to medical service provider. @ Lake County Detention Center 551 W. Main St Tavares FL 32778.

- Well-Path LLC. Employed By Lake County Sheriff Office as to medical service provider - @ Lake County detention center 551 W. Main St Tavares FL 32778.

(D.2.) SGT McCormick TASERed me after I was placed in W.R.A.P. Restraint device while wearing Full Restraints of hand cuffs and leg Irons

---

Nurse Brain Failed to give me medical attention and approved the W.R.A.P Device that caused me ankle swelling and abrasions-

---

Attachment (21) (B)

I Am Scared Being HERE And I Am being Threatened with Harm everyday and I Am Scared They Are Planning to Kill me —

Please Appoint me An Attorney to help me with this claim.

everyday I FEAR Death By Guards or INMATES

04/05/2021

help me Please —

**USA FOREVER**

Official Business

MR. CHRISTOPHER LAMAR EDWARDS I/M 65511
LAKE COUNTY Detention Center
551 W. Main ST TAVARES, FLA 32778-

United States District Court
Office of The Clerk
Golden-Collum Memorial Federal
Building 207 NW Second Street
Room 337 Ocala, Florida
34475-6666

SCREENED By USMS

LEGAL Mail

LEGAL Mail



THIS MAIL ORIGINATED FROM LAKE COUNTY DETENTION CENTER LCDC